IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02537-WYD-BNB

BECKI JOHNSON,

Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, a New York insurance company, and MARINER HEALTH CARE MANAGEMENT COMPANY PLAN, an ERISA welfare benefit plan,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate and Reschedule Settlement Conference** [docket no. 19, filed June 6, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for June 7, 2007, is **vacated and reset to June 28, 2007, at 10:00 a.m.,** in Chambers A-442, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

IT IS FURTHER ORDERED that the counsel **shall have parties present at the Settlement Conference** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved.  This requirement is not satisfied by the presence of counsel only.

DATED:  June 7, 2007