IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02537-WYD-BNB

BECKI JOHNSON,

      Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, a New York insurance company; and
MARINER HEALTH CARE MANAGEMENT COMPANY PLAN, an ERISA welfare
benefit plan,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Stipulation for Dismissal With Prejudice [# 28], filed July 20, 2007.  After careful consideration of the file in the above-captioned case, I find that this stipulation should be approved.  Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice [# 28] is

**APPROVED** and this action is **DISMISSED WITH PREJUDICE**, each party to bear its own cost and attorneys' fees.

Dated:  July 26, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge